cc: HG/CRM

**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
MICHAEL NAMMAR
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: ken.sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2019

at 11 o'clock and 03 min. A M
SUE BEITIA, CLERK  ES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR19 00140 HG** |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | [26 U.S.C. § 7206(1)] |
| | ) | |
| PAUL KIM JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INFORMATION

The U.S. Attorney charges:

<u>Filing False Tax Return</u>
(26 U.S.C. § 7206(1))

On or about April 21, 2014, within the District of Hawaii and elsewhere, PAUL KIM JORDAN, the defendant, did willfully make and subscribe a corporate United States tax return, IRS Form 1065 for Loud Desk, LLC, for tax year 2013 with the IRS, which return was verified by a written declaration that it was made under the penalties of perjury, and which the defendant did not believe to be true and correct as to every material matter in that the defendant falsely reported the corporation's total income in the amount of $120,000.00, when in truth and in fact, the defendant then and there well knew and believed, that the total income for tax year 2013 was in excess of the amount reported on the tax returns.

All in violation of Title 26, United States Code, Section 7206(1).

DATED: September 25th, 2019, Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney

_____
MICHAEL NAMMAR
Assistant United States Attorney

<u>United States v. Paul Kim Jordan</u>
"Information"
Cr. No._____

2